The Chester Rolling Mills, Respondent, *v.* The Vessels "Hopatcong" and "Musconetcong" their Tackle, Apparel, etc., Appellants.

This case was argued and decided with *Phenix Iron Company* v. *The same defendant* (*ante*, page 206.)